A. G. & T. REALTY AND CONSTRUCTION COMPANY *v.*
PLANNING AND ZONING BOARD OF THE CITY
OF MILFORD

The defendant's petition for certification for appeal from the Court of Common Pleas in New Haven County is granted limited to the issue of the sustaining of the appeal without ordering a remand. See *Bogue* v. *Zoning Board of Appeals,* 165 Conn. 749, 345 A.2d 9.

*Leo P. Carroll,* in support of the petition.

*Thomas E. Minogue, Jr.,* in opposition.

Submitted June 18—decided July 2, 1974

DAVID MITCHELL ET AL. *v.* NORMAN BAPTISTE ET AL.

The defendants' petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Robert G. Zanesky,* in support of the petition.

*Harry H. Hefferan, Jr.,* in opposition.